# KAUFMAN | DOLOWICH

Kaufman Dolowich LLP
135 Crossways Park Drive, Suite 201
Woodbury, NY 11797

Telephone: 516.681.1100

www.kaufmandolowich.com

**Jennifer E. Sherven, Esq.**
JSherven@kaufmandolowich.com

**Amanda Slutsky, Esq.**
Amanda.Varrone@kaufmandolowich.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 05/09/2024

May 8, 2024

**APPLICATION GRANTED:** The Initial Conference set for 5/14/2024 at 12:00 PM in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is hereby rescheduled to <u>Wednesday, June 26, 2024 at 3:00 p.m.</u>

APPLICATION GRANTED

*[signature]*

Hon. Katharine H. Parker, U.S.M.J.

05/09/2024

<u>VIA ECF</u>
Honorable Katharine H. Parker, U.S.M.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:     **Andrew Toro v. Peter Thomas Roth Labs, LLC**
             Case No.:   1:24-cv-01264-JMF-KHP

Dear Judge Parker:

      This firm represents the Defendant, Peter Thomas Roth Labs, LLC ("PTR") in the above-referenced action. We write jointly with counsel for Plaintiff, to respectfully request that the Court adjourn the upcoming Initial Conference currently scheduled for May 14, 2024.

      This is the Parties' first request for an adjournment of the Initial Conference. This request is made in the interest of judicial economy due to ongoing settlement discussions between the Parties.

      We thank Your Honor for all courtesies extended.

                                       Respectfully submitted,
                                       Kaufman Dolowich LLP

                                       *[signature]*

                                       Jennifer E. Sherven
                                       Amanda Varrone

cc:     All Counsel of Record (*via* ECF)