UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
ANDREW TORO, on behalf of himself and
all other similarly situated,                                        Civil Action No.:
                                                                     1:24-cv-1264
                              Plaintiffs,
       -against-                                                     **STIPULATION OF
                                                                     DISMISSAL WITH
PETER THOMAS ROTH LABS, LLC,                                         PREJUDICE**

                              Defendant.
------------------------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED,** by and between the parties in the above-captioned action, through the undersigned counsel, that, whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, in accordance with Rule 41 of the Federal Rules of Civil Procedure, the action be dismissed with prejudice, with each party to bear its own fees and costs.

**IT IS FURTHER STIPULATED AND AGREED,** Defendant is committed to improving the accessibility of its Website: https://www.peterthomasroth.com. Defendant shall endeavor to bring the Website into substantial compliance with the DOJ's Guidance on Web Accessibility and the ADA, issued on March 18, 2022 (the "DOJ's Guidance"), by June 30, 2025.

**IT IS FURTHER STIPULATED AND AGREED,** that, notwithstanding anything contained herein, the Website shall be permitted to link to web content owned or operated by others containing Third-Party Content (as defined below) that may not be accessible to individuals with disabilities. The term "Third-Party Content" refers to web content that is not developed, owned, or operated by Defendant. The Parties agree Defendant is not responsible for the accessibility of such Third-Party Content.

**IT IS FURTHER STIPULATED AND AGREED,** that notwithstanding anything contained herein, if the ADA is amended, if the Supreme Court or any U.S. Circuit Court of Appeals recognizes a standard for website accessibility, or if the DOJ promulgates a final ADA Title III regulation setting out a website accessibility standard during the term of this Agreement, Defendant will commence reasonable and necessary efforts to bring the Website into substantial compliance with such standards within the time frames set forth in the law, guidelines, or regulations.

[NO FURTHER TEXT ON THIS PAGE]

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be executed in counterparts and facsimile signatures shall be deemed originals for the purpose of filing.

Dated: Woodbury, New York
    Sept. 10, 2024

KAUFMAN DOLOWICH LLP
*Attorneys for Defendant*

_____
Jennifer E. Sherven, Esq.
135 Crossways Park Drive, Suite 201
Woodbury, New York 11797
(516) 681-1100

Dated: New York, New York
    Sept. 10, 2024

MARS KHAIMOV LAW, PLLC
*Attorneys for Plaintiff*

_____
Mars Khaimov, Esq.
100 Duffy Avenue, Suite 510
Hicksville, New York 11801
(929) 324-0717

**SO ORDERED:**

_____

September 11, 2024